# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Case Number: 19 m 705



U.S. District Court
Wisconsin Eastern

JUL - 9 2019

FILED
Stephen C. Dries, Clerk

A USPS Priority Mail Express parcel with tracking number EE451312309US addressed to "Linda Joyce, 6107 delBury (sic) St, Houston, TX 77085" with a return address of "Anthony Cleggett, 961 Velp Lower, Green Bay, WI 54302, (920) 445-8920."

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Matt Schmitz, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**A USPS Priority Mail Express parcel with tracking number EE451312309US addressed to "Linda Joyce, 6107 delBury (sic) St, Houston, TX 77085" with a return address of "Anthony Cleggett, 961 Velp Lower, Green Bay, WI 54302, (920) 445-8920."**

currently located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

       ✓ evidence of a crime;
       ✓ contraband, fruits of a crime, or other items illegally possessed;
       ❑ property designed for use, intended for use, or used in committing a crime;
       ❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

       Title 21, United States Code, Sections 841(a)(1) and 843(b).

The application is based on these facts:

       ✓ Continued on the attached sheet, which is incorporated by reference.
       ❑ Delayed notice of ___ days (give exact ending date if more than 30 days:_____) is    requested
       under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature
Name and Title: Matt Schmitz, U.S. Postal Inspector

Sworn to before me, and signed in my presence.

Date ___July 9___, 2019

City and state: Green Bay, Wisconsin

_____
Judge's signature
THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
*Name & Title of Judicial Officer*

## AFFIDAVIT

Matt Schmitz, United States Postal Inspector, being duly sworn, states the following information was developed from his personal knowledge and from information furnished to him by other law enforcement agents and professional contacts:

## I. INTRODUCTION

1. I have been employed by the United States Postal Inspection Service for approximately 15 years and was previously employed as a Police Officer with the City of Middleton (WI) and City of Janesville (WI) Police Departments for a total of six years. As part of my duties as a Postal Inspector, I investigate the use of the U. S. Mails to illegally send and receive controlled substances and drug trafficking instrumentalities. I have participated in investigations which have resulted in the arrest of individuals who have received and distributed controlled substances using the U.S. Mail, as well as the seizure of the illegal drugs and proceeds from the sale of those illegal drugs. My training and experience includes identifying packages with characteristics indicative of criminal activity, namely, the distribution of controlled substances.

## II. PARCEL TO BE SEARCHED

2. This affidavit is submitted in support of an application for a search warrant for an 8 inch square U.S.P.S. Priority Mail Express parcel with tracking number EE451312309US mailed on July 8, 2019, from Green Bay, WI zip code 54301. This parcel bears handwritten addressee and return address information. The parcel is addressed to "Linda Joyce, 6107 delBury (sic) St, Houston, TX 77085" and bears a return address of "Anthony Cleggett, 961 Velp Lower, Green Bay, WI 54302, (920) 445-8920." The parcel weighs approximately 1 pounds, 3 ounces, exhibits postage in the amount of $41.65, and is hereinafter referred to as the SUBJECT PARCEL.

## III. INVESTIGATION

3. On July 8, 2019, I received information from U.S. Postal Inspection Service General Analyst (GA) Jeff May regarding a Priority Mail Express parcel that was mailed from Green Bay, WI that same day and destined for delivery to an address in Houston, TX. GA May's main duty with the Postal Inspection Service is to assist Postal

Inspectors in conducting various criminal investigations. GA May routinely assists with controlled substances investigations by conducting reviews of mailing records to identify parcels that may be associated with controlled substance trafficking. These reviews are often conducted independent of any specific information identifying a particular address or person as being suspected of receiving controlled substances or sending controlled substances or the proceeds related to the distribution of controlled substances. Rather, through training and investigative experience GA May and I have learned that parcels containing controlled substances, controlled substance paraphernalia, or proceeds related to the sale of controlled substances generally exhibit characteristics that could include:

    a.    The article is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b.    The article bears a handwritten label;

    c.    The handwritten label on the article does not contain a business account number; and

    d.    The article originated from an area that, based on past experience is a known origination point for controlled substances and is destined for an area that, based on past experience, is a known destination point for controlled substances in the mail; or the reverse: the article originated from an area that, based on past experience, is a known origination point for proceeds from the sale of controlled substances, and is destined for an area that, based on past experience, is a known destination point for controlled substance proceeds.

4.   During this review GA May located a Priority Mail Express mailing with tracking number EE451312309US (SUBJECT PARCEL) that had been mailed from the U.S. Postal Service's Downtown Station in Green Bay, WI, weighed approximately 1 pound, 3 ounces, and was destined for delivery to "6107 Delbury St, Houston, TX 77085." GA May reported he queried USPS records for previous mailings delivered to 6107 Delbury St in Houston, TX and learned from this query that a previous Priority Mail Express parcel with tracking number EE451311008US weighing approximately 1.25 pounds was mailed from Green Bay, WI to this address on June 17, 2019. Based upon this information I queried USPS records for information on any tracking inquiries made on

Priority Mail Express parcel EE451311008US. I have learned from my training and investigative experience that individuals receiving controlled substances through the US Mail may send US Currency for the purpose of purchasing controlled substances. Generally, the parcels containing US Currency or funds to purchase controlled substances are mailed to the same area from which the controlled substances are being mailed. I also know based upon my training and investigative experience that the mailer or sender of controlled substances or US Currency related to the sale of controlled substances commonly track the shipping status of these parcels to insure they have not been seized by law enforcement. I learned from USPS records that a query made on the shipping status of Priority Mail Express parcel EE451311008US was associated with a query on the shipping status of Priority Mail Express parcel EE473334059US. I saw from USPS records that Express parcel EE473334059US was addressed to "Glorl (sic) Jones, 205 S. Oakland Ave Apt #B, Green Bay, WI 54303" and exhibited a return address of "Justin Smith, 4226 Knotty Oaks, Houston, TX 77045." I queried USPS records for previous parcels delivered to 205 S Oakland Ave Apt B in Green Bay, WI and learned that as of May 6, 2019, four (4) Priority Mail Express parcels mailed from Houston, TX and weighing between .69 and .88 pounds had been delivered to this address. On July 9, 2019, I learned from Brown County Drug Task Force (BCDTF) Investigator Kyle Mason that Curry Felton, an individuals believed to be involved in distributing heroin and cocaine, may be associated with 205 S Oakland Ave Apt B in Green Bay. I believe based on my training and investigative experience that the two parcels mailed to 6107 Delury St in Houston, TX are related to those mailed to 205B S. Oakland in Green Bay, WI, and that these parcels contained controlled substances and/or US Currency related to the sale or distribution of controlled substances.

5.  On July 8, 2019, I travelled to the Downtown Station and took custody of the SUBJECT PARCEL. I saw it was addressed to "Linda Joyce, 6107 delBury (sic) St, Houston, TX 77085" and bore a return address of "Anthony Cleggett, 961 Velp Lower, Green Bay, WI 54302, (920) 445-8920." I queried USPS records and the CLEAR law enforcement search engine for information on these addresses and learned that CLEAR records reported the last name "Joyce" was not known to be associated with the SUBJECT PARCEL's return address. Further, USPS records reported the name Anthony Cleggett was not known to be associated with 961 Velp in Green Bay, WI. I

have learned from my training and investigative experience that individuals receiving or mailing controlled substances and or US Currency related to the distribution of controlled substances commonly use delivery and return addresses and names that are fictitious or otherwise not associated to the true occupants of the addresses displayed.

6. On July 9, 2019, I contacted BCDTF Investigator and K-9 Officer Kyle Mason who agreed to assist in presenting the SUBJECT PARCEL to a dog sniff. Investigator Mason is a trained handler of a certified drug detection dog named "Sasha." Investigator Mason explained that Sasha is trained in detecting the presence of marijuana, cocaine, heroin, and methamphetamine, and was last certified in detecting controlled substances in May of 2019. Consistent with Investigator Mason's training, experience, and direction, I placed the SUBJECT PARCEL under a metal stand on the loading dock of the Oneida, WI Post Office. Investigator Mason did not see where I had placed the SUBJECT PARCEL on the loading dock. Sasha examined the loading dock and Investigator Mason said Sasha alerted to the odor of controlled substances in a parcel under a metal stand. I identified the parcel Investigator Mason was referring to as the SUBJECT PARCEL. Sasha did not alert to the odor of controlled substances in any other area of the loading dock. Following the dog sniff I retained custody of the SUBJECT PARCEL and currently have it secured at the Postal Inspection Service office in Oneida, WI, in the Eastern District of Wisconsin.

7. Postal Regulation Sec. 274.31 of the United States Postal Service Administrative Support Manual states that no one may detain mail sealed against inspection, except under the following condition: A Postal Inspector acting diligently and without avoidable delay, upon reasonable suspicion, for a brief period of time, to assemble evidence sufficient to satisfy the probable cause requirement for a search warrant issued by a Federal Court.

8. For these reasons, there is probable cause to believe the SUBJECT PARCEL contains controlled substances, controlled substance paraphernalia, and/or proceeds or payment related to the distribution of controlled substances. I am seeking the issuance of a warrant to search the SUBJECT PARCEL, and the contents

contained therein, for contraband and evidence of a crime, namely, possession and possession with the intent to distribute controlled substances, and use of the mails to commit a controlled substance felony, in violation of Title 21, United States Code, Sections 841(a)(1), and 843(b).

Matt Schmitz
U.S. Postal Inspector


Subscribed and sworn to before me this _____ day of July, 2019.

The Honorable James R. Sickel
United States Magistrate Judge
Eastern District of Wisconsin